York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**AMERICAN WET WASH LAUNDRY CO.,** Appellant, v. DUBE, Respondent. SAME v. LAUTT. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Actions by the American Wet Wash Laundry Company against Joe Dube and against Morris Lautt. H. M. Marks, of New York City, for appellant. J. L. Bernstein, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

**AMOROSO,** Respondent, v. FRUIT AUCTION CO., Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Santi Amoroso against the Fruit Auction Company. W. M. Bennett, of New York City, for appellant. D. P. Hays, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and LAUGHLIN, J., dissent, on the ground that plaintiff showed nominal damages only.

**ARTHUR WOLFSOHN CO.,** Respondent, v. JAFFE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by the Arthur Wolfsohn Company against Max Jaffe and others. Briesen & Knauth, of New York City, for appellants. C. J. Heermance, of New York City, for respondent. No opinion. Order (in 153 N. Y. Supp. 683) affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs. Order filed.

In re **BABCOCK'S ESTATE.** GOULD PAPER CO. et al., Appellants, v. BABCOCK et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) In the matter of the administration of the goods, chattels, and credits of Louis E. Babcock, deceased. Proceeding by the Gould Paper Company and others against William L. Babcock and others, as administrators of Louis E. Babcock, deceased. No opinion. Decree (85 Misc. Rep. 256, 147 N. Y. Supp. 168) unanimously affirmed, on the opinion of the Surrogate, with costs. See, also, 151 N. Y. Supp. 1102.

**BAKER,** Appellant, v. CENTURY CABINET CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by William H. Baker against the Century Cabinet Company.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, P. J., and MERRELL, J., dissent.

**BALDWIN** et al., Appellants, v. BAY REALTY CO. et al., Respondents. (Supreme Court,

Appellate Division, Second Department. June 17, 1915.) Action by Arthur J. Baldwin and another, as executors, against the Bay Realty Company and another. No opinion. Motion to resettle order granted. See, also, 153 N. Y. Supp. 886.

**BALLOFFET–BASZANGER DIE CO.,** Respondent, v. WOLF, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by the Balloffet-Baszanger Die Company against Edwin N. Wolf. C. D. Folsom, of New York City, for appellant. A. K. Wing, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**BALLOU** v. BLOCK et al. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Irving Ballou, an infant, against Morris Block and another. No opinion. Motion denied, without costs.

**BARTHOLOMAY BREWERY CO.** v. O'BRIEN et al. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by the Bartholomay Brewery Company against Dennis J. O'Brien and another.

PER CURIAM. Motion to dismiss appeal denied. Order modified, by striking out that part adjudging Hugh J. O'Brien, attorney, guilty of contempt, and all provisions thereof for enforcing such order against him, and, as so modified, affirmed, without costs of this appeal to either party; the respondent having consented to such modification upon the argument of the appeal.

**BARUCH** v. COPELAND. (Supreme Court, Appellate Term, First Department. June 10, 1915.) Appeal from City Court of New York, Trial Term. Action by Herman Baruch against Goldine R. Copeland. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Breed, Abbott & Morgan, of New York City (William C. Breed and Edward A. Craighill, Jr., both of New York City, of counsel), for appellant. Goldsmith, Rosenthal, Mork & Baum, of New York City (Max Horowitz, of New York City, of counsel), for respondent.

PER CURIAM. After a careful examination of plaintiff's testimony and the testimony as to the payment to defendant by the insurance company, we are of the opinion that there was no mutual binding executory contract between plaintiff and defendant. The plaintiff did not bind himself to do anything. Neither does the evidence establish that the plaintiff performed any act for which defendant promised to pay him the sum of $1,500. Plaintiff did not get the money for defendant. Plaintiff simply wrote a letter to the insurance company. Defendant herself collected the money, and was required by the insurance company to perform several conditions precedent before it was paid to her. Plaintiff performed none of these services; in